# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE WESLEY and : | |
| LUMEW REALTY, INC., : | CIVIL ACTION |
| : | |
| v. : | No. 22-cv-4699-JMY |
| : | |
| : | |
| GREG PARKER, et al. : | |

## ORDER

**AND NOW**, this 22nd day of June, 2023, upon consideration of the Suggestion of Bankruptcy (ECF No. 13) filed by Defendant Diamante Enterprises, LLC, it is hereby **ORDERED** the that Plaintiffs' Motion to Enforce Settlement Agreement (ECF No. 11) is **DENIED** without prejudice and with leave to refile once the automatic stay pursuant to 11 U.S.C. § 362 is lifted.

The video conference on said Motion to Enforce, scheduled for Wednesday, July 26, 2023 at 10:00, is **CANCELED**.

It is so **ORDERED**.

BY THE COURT:

/s/ *John Milton Younge*
Judge John Milton Younge