IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESLEY, et al., | : | |
| v. | : | Case No. 22-cv-4699-JMY |
| | : | |
| PARKER, *et al.*, | : | |

## ORDER

AND NOW, this 4th day of June, 2024, upon consideration of the Motion to Withdraw as Attorney for Defendants, Gregory Parker, AP Capital, LLC, and Diamante Enterprises, LLC (collectively, the "Defendants"), filed by Natalie Klyashtorny, Esq., on behalf of Nochumson, P.C. (ECF No. 25), it is hereby **ORDERED** that Counsel's Motion to Withdraw shall be **RE-SCHEDULED** for a hearing in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Tuesday, July 2, 2024 at 12:30 P.M.** before the Honorable John Milton Younge in Courtroom 15B, 15th floor.

It is further **ORDERED** that Counsel for Defendants shall provide proof of service to establish that she served a copy of the Motion to Withdraw and a copy of this Order showing the time and date of hearing on their/she/her/his client(s), Defendants Gregory Parker, AP Capital, LLC, and Diamante Enterprises, LLC. [1]

BY THE COURT:

/s/ *John Milton Younge*
Judge John Milton Younge

---

[1] The filing party shall provide this Court with proof their client was served with the intent to withdraw and is aware of the hearing that is going to take place at the above-referenced time and location. Court accepted proof of service is as follows: (1) the client appears at the hearing; (2) the client signs an affidavit that states the client understands the intent to withdraw and does not object; (3) personal service of the motion and rule returnable by an individual authorized to serve process; or (4) at the very minimum the filing attorney must provide this Court with a certified return receipt card signed by the client.